**PHOUNG THANH HUYNH,**
Petitioner–Appellant,

v.

**UNITED STATES of America; Warden, Reeves County Detention Center III; Bureau of Prisons; Geo Group, Respondents–Appellees.**

No. 12–50953
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 5, 2013.

Phoung Thanh Huynh, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondent–Appellee.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Phoung Huynh, federal prisoner # 70992–079, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons ("BOP") custody, moves to proceed *in forma pauperis* ("IFP") to appeal the denial of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. His arguments are foreclosed by

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*Gallegos–Hernandez v. United States,* 688 F.3d 190, 192–93 (5th Cir.), *cert. denied,* —— U.S. ——, 133 S.Ct. 561, 184 L.Ed.2d 365 (2012).

The motion to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.